IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                        | |
| Plaintiff,                         ) | Cr. No. 11-20040 |
| )                                         | |
| vs.                                     ) | 18 U.S.C. § 1951 |
| )                                        | 18 U.S.C. § 924(c) |
| PATRICK D. DOTSON,             ) | |
| ALUNTA T. TAYLOR, and       ) | |
| RALPH J. BEASLEY a/k/a        ) | |
| RALPH JONES,                       ) | |
| )                                        | |
| Defendants.                      ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 17, 2010, in the Western District of Tennessee, the defendants,

------------------------------------- PATRICK D. DOTSON -------------------------------------
------------------------------------- ALUNTA T. TAYLOR -------------------------------------
and
------------------------------------- RALPH J. BEASLEY -------------------------------------
a/k/a
------------------------------------- RALPH JONES -------------------------------------

being aided and abetted, each by the other, did unlawfully obstruct, delay, and affect commerce by robbery in that **PATRICK D. DOTSON, ALUNTA T. TAYLOR, and RALPH J. BEASLEY a/k/a RALPH JONES** did rob Hackbarth Delivery Services, 3084 Connah Brook, Memphis, Tennessee, a business then engaged in interstate commerce; in violation of Title 18, United States Code, Section 1951 and 2.

## COUNT 2

On or about December 17, 2010, in the Western District of Tennessee, the defendants,

**PATRICK D. DOTSON**
**ALUNTA T. TAYLOR**
and
**RALPH J. BEASLEY**
a/k/a
**RALPH JONES**

being aided and abetted, each by the other, did, during and in relation to a crime of violence, specifically "Robbery Affecting Commerce", in violation of Title 18, United States Code, Section 1951, knowingly use and carry a firearm; in violation of Title 18, United States Code, Section 924(c) and 2.

A TRUE BILL:

S/Grand Jury Foreperson

DATE: 2/15/11

**UNITED STATES ATTORNEY**